# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 28, 2012

No. 10-61008
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SAMUEL PAUL PETTIS,

Defendant-Appellant

Cons. w/ No. 10-61009

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LARRY SHOUMAKER,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Mississippi
USDC No. 2:09-CR-156-1
USDC No. 1:10-CR-7-1

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

No. 10-61008
c/w No. 10-61009

Before JOLLY, JONES and SMITH, Circuit Judges.

PER CURIAM:[*]

After our opinion was issued in this case, the Supreme Court decided *Dorsey v. United States*, 132 S. Ct. 2321 (2012). *Dorsey* held, contrary to our opinion, that the more lenient penalties of the Fair Sentencing Act ("Act") apply to offenders who committed an offense before the Act was passed, but were sentenced after the Act was enacted. We VACATE and REMAND this case for resentencing consistent with the Court's holding in *Dorsey*.

**VACATED and REMANDED for Resentencing**.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.